683 A.2d 1206

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Roberto VARGAS, Respondent.**

Supreme Court of Pennsylvania.

Nov. 6, 1996.

## ***ORDER***

PER CURIAM.

AND NOW, this 6th day of November, 1996, the Petition for Allowance of Appeal is GRANTED. This matter is RE-MANDED to the trial court for an evidentiary hearing to determine what type of clothing respondent wore at trial prior to defense counsel's request that respondent be permitted to change into clothing provided by his family. Jurisdiction is retained.